# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY A. JARREAU

NO. 2019 KW 1114

**SEP 3 0 2019**

---

In Re:    Anthony A. Jarreau, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 08-18-0162.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT